UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNIE K. WILKINS, JR.,<br><br>                Plaintiff,<br><br>vs.<br><br>SWIRE PACIFIC HOLDINGS, INC.<br>d/b/a SWIRE COCA-COLA, USA,<br><br>                Defendant. | Case No. 2:13-cv-0020-EJL<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      This matter having come before the Court on the Stipulation for Dismissal with Prejudice filed by all of the parties hereto (Dkt. 24), and the Court being fully advised in the premises,

      IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and with Plaintiff and Defendant to bear their own costs and fees.

DATED: **May 22, 2014**

_____
Honorable Edward J. Lodge
U. S. District Judge